UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH L PHEANIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 2:16-CV-01688-JLR-JRC<br><br>(~~PROPOSED~~) ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3)　**JUDGMENT** is for plaintiff and the case should be closed.

(4)　The Clerk is directed to send copies of this Order to counsel of record.

(PROPOSED) ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1  Dated this 8th day of September, 2017

JAMES L. ROBART
United States District Judge

(PROPOSED) ORDER ADOPTING REPORT AND
RECOMMENDATION - 2