U.S. DISTRICT COURT JUDGE JAMES L. ROBART

1

2

3

4

5    UNITED STATES DISTRICT COURT
     IN THE WESTERN DISTRICT OF WASHINGTON
6    AT SEATTLE

7    KENNETH L. PHEANIS,                    )
                                            )   No. 2:16-cv-01688-JLR-JRC
8              Plaintiff,                    )
                                            )   [~~PROPOSED~~] ORDER          
9    v.                                      )
                                            )
10   NANCY A. BERRYHILL, Acting              )
     Commissioner of Social Security,        )
11                                           )
                                             )
12             Defendant.                    )
                                             )

13

14        THIS MATTER having been brought before this Court upon Plaintiff's Motion for Equal

15   Access to Justice Act attorneys' fees and costs, and the Court having fully considered this matter:

16        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is

17   Granted and Plaintiff is awarded attorneys' fees in the amount of $5,704.73 and reimbursement

18   of expenses in the amount of $28.25 for a total of $5,732.98 pursuant to the Equal Access to

19   Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct.

20   2521 (2010).  Plaintiff is also awarded $11.50 in costs under 28 U.S.C. § 1920.

21        The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F

22   Street, Bellingham, WA 98225.  If it is determined that Plaintiff's EAJA fees are not subject to

23   any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA

24
                                    **ROBEY NAMBA, P.S.**
                                         1414 F Street
                                     Bellingham, WA 98225
                                     Phone: (360) 676-2548
                                      Fax: (360) 647-7838

[PROPOSED] ORDER - 1

1  fees shall be made payable to Robey Namba, P.S. based upon Plaintiff's assignment of these

2  amounts to Plaintiff's attorney.

3      DATED this 19th day of _December_, 2017.

4

5      _____

6      U.S. DISTRICT COURT JUDGE JAMES L. ROBART

7  Presented By:

8  s/ David A. Namba
   David A. Namba, WSBA #29347
9  Attorney for Plaintiff

10

11      RESPECTFULLY SUBMITTED on December 7, 2017.

12              ROBEY NAMBA, P.S.

13              s/ David A. Namba
                David A. Namba, WSBA# 29347
14              Attorney for Plaintiff
                Robey Namba, P.S.
15              1414 F Street
                Bellingham, WA 98225
16              Telephone: 360.676.2548
                Fax: 360.647.7838
17              E-mail: mail@robeynambalaw.com

18              CERTIFICATE OF SERVICE

19      I hereby certify that on December 7, 2017, I electronically filed the foregoing with the

20  Clerk of the Court using the CM/ECF system which will send notification of such filing to the

21  following:

22      Benjamin J. Groebner
        Special Assistant United States Attorney
23      Office of the General Counsel

24                              **ROBEY NAMBA, P.S.**
                                1414 F Street
                                Bellingham, WA 98225
                                Phone: (360) 676-2548
                                Fax: (360) 647-7838

[PROPOSED] ORDER - 2

1    Social Security Administration
      701 Fifth Avenue, Suite 2900 M/S 221A
2    Seattle, Washington 98104-7075
      Telephone: (206) 615-2494
3    Fax: (206) 615-2531
      E-mail: benjamin.groebner@ssa.gov
4

      I certify that I also sent a copy of the Proposed Order in MS Word format to the
5

6    Honorable Judge James L. Robart via e-mail.

7                           s/ Carmen Cobbs
                           Carmen Cobbs
8                         Paralegal
                         Robey Namba, P.S.
9                         1414 F Street
                         Bellingham, WA 98225
10                        Telephone: (360) 676-2548
                         Fax: (360) 647-7838
11                        E-mail: mail@robeynambalaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER - 3